```
                 IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
                        MIAMI DIVISION
                   Case No. 09-21841-CV-DLG

JORGE ALBERTO BARRERA, et al.,

                        Plaintiffs,        JUNE 16, 2011
                                           10:00 A.M.


        vs.


WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC., et al.,

                        Defendants.        PAGES 1 THROUGH 27
```

---

```
                     TRANSCRIPT OF HEARING

          BEFORE THE HONORABLE DONALD L. GRAHAM
               UNITED STATES DISTRICT JUDGE



APPEARANCES:

FOR THE PLAINTIFFS:    Mr. Edilberto O. Marban, Esq.
                       Mr. Isaac Mamane, Esq.
                       LAW OFFICES OF EDDY O. MARBAN, ESQ.
                       782 NW LeJeune Road
                       Miami, Florida  33126



FOR THE DEFENDANTS:    Mr. Chris Kleppin, Esq.
                       Mr. Kristopher W. Zinchiak, Esq.
                       GLASSER, BORETH & KLEPPIN
                       8751 W. Broward Boulevard
                       Suite 105
                       Plantation, Florida  33324



COURT REPORTER:        Carly L. Horenkamp
                       U.S. District Court
                       400 N. Miami Avenue, Room 13-4
                       Miami, Florida  33128
                       (305) 523-5138
```

```
 1                      I  N  D  E  X

 2   Certificate ----------------------------------------- 27

 3

 4

 5

 6

 7

 8                      E X H I B I T S
     COURT EX. NO.:                                 MARKED
 9   1 - 6-3-11 Letter, Gomez to Court                 7
     2 - 6-9-11 Letter, Court to Gomez                 7
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    (Open Court, 10:00 a.m.)

2         THE COURT:  Good morning, everyone.  You may be

3    seated.  This matter emanates from the case of *Jorge Barrera,*

4    *et al. vs. Weiss & Woolrich Southern Enterprises, Incorporated,*

5    *et al.*, 09-21841-Graham.  As the parties are aware from our

6    last hearing, this matter was scheduled so that we could have

7    Ms. Gomez present.

8         There are three areas of inquiry.  The first issue is

9    the matter that was raised by Ms. Gomez; that is, the witnesses

10   versus parties definition.

11        The second area of interest is the matter which

12   related to three incidents of jurors concerned about the

13   parties in the case and contact with them, and we are going to

14   try to determine if there was anything other than the three

15   areas that we discussed during the trial with the jurors.

16        And the third issue has to do with the criminal

17   background statement made by Ms. Gomez in her letter and how

18   that issue developed, et cetera, since there was no testimony

19   about criminal backgrounds during the trial.  You know from our

20   last session that when Ms. Foster spoke to Ms. Gomez, she made

21   reference to having had some contact with Mr. Kleppin, and so

22   we are going to see if we can determine what occurred in that

23   regard.

24        My thought is that with respect to each of the areas,

25   that after the Court asks questions, I will give the attorneys

1  an opportunity to come sidebar and let me know if you have any

2  questions you would like for me to present to Ms. Gomez.  If

3  so, you can tell me what they are, we can discuss the propriety

4  of those questions, and then proceed accordingly.

5         Is there anything you all would like to say before

6  Ms. Gomez is brought into the courtroom?

7         MR. MARBAN:  Not from the plaintiffs, Your Honor.

8         THE COURT:  All right.  From the defense?

9         MR. KLEPPIN:  No, Your Honor.

10        THE COURT:  Very well.  Let's have Ms. Gomez come in.

11  Before bringing her in, since she's in the restroom, at this

12  time I would like a little clarity about the incident that we

13  discussed which related to one of the party witnesses leaving

14  the stand and then there was some eye contact or something of

15  that sort with the jurors.  What is your recollection about

16  what occurred?

17        MR. MARBAN:  My recollection is Ms. Gomez stated that

18  when Mr. Arnero got off the stand after he testified, he looked

19  at the jurors and he said "thank you."

20        THE COURT:  All right.  Mr. Kleppin, any comment, you

21  or your co-counsel?

22        MR. KLEPPIN:  My recollection is -- and I can't

23  remember if it was Ms. Gomez or which juror, but the juror that

24  was recounting the incident about the witness stand was that

25  during Mr. Arnero's testimony, he was looking at the jury in a

1  way that made them a little uncomfortable.  Then when he got

2  down from the stand, he stopped and paused, and I guess the

3  pause was long enough to be a little bit uncomfortable, and

4  looked them up and down and said "I thank you" or something

5  like that and then walked away.  That's what I recall being

6  stated.

7        THE COURT:  I don't recall the portion with regard to

8  looking at them in any particular way which was uncomfortable

9  during the testimony, but I have just been given a transcript,

10  so let me take a quick look.

11        COURTROOM DEPUTY:  Judge, she's out of the bathroom

12  now.  Do you want her to come in now?

13        THE COURT:  Just one second.

14        All right.  Here is Juror Gomez's testimony.

15      (The Court reads the following excerpt from Day 6 of the

16  Civil Jury Trial held on May 6, 2011:)

17        "JUROR GOMEZ:  Yesterday while we were jurors here,

18  one of the people that came up to testify was making a lot of

19  eye contact on the way up and then --

20        "THE COURT:  On the way out meaning --

21        "JUROR GOMEZ:  On the way up.

22        "THE COURT:  Up where?

23        "JUROR GOMEZ:  To the chair to testify.

24        "THE COURT:  I see, all right.

25        "JUROR GOMEZ:  And then when that person left, that

1   person stopped in front of another female and said 'thank you'

2   and then looked at -- directly in my -- at me.

3           "THE COURT:  Now, where are we now, when you're

4   telling us about --

5           "JUROR GOMEZ:  I'm sitting here.  She's sitting here.

6           "THE COURT:  All right.

7           "JUROR GOMEZ:  And then when she and I went to lunch,

8   we were standing in line at the cashier and this same person

9   came by and said hi to us."

10          I'm just checking to see if there's anything related

11  to this particular incident.  Everything else appears to relate

12  to the lunch incident.

13          So what we have is nothing while on the stand, as

14  Mr. Kleppin referenced, but we do have some eye contact walking

15  to the stand and some eye contact and a stop and a greeting

16  leaving the stand.  So that's the incident that we were

17  discussing.

18          All right.  Let's bring Ms. Gomez in.

19      (Ms. Katherine Gomez is now present.)

20          THE COURT:  You may be seated.  Good morning,

21  Ms. Gomez.

22          MS. GOMEZ:  Good morning, Judge.

23          THE COURT:  And how are you doing?

24          MS. GOMEZ:  Doing just fine.

25          THE COURT:  All right.  Welcome back.  We're pleased

1    to see you.  We have a few matters we would like to discuss

2    with you as a result of the letter you sent to me dated

3    June 3rd of 2011.  We'll mark that exhibit Court Exhibit 1 for

4    purposes of this hearing.  There are generally three areas of

5    inquiry that we have and we will discuss those matters with

6    you.

7            The first issue I addressed in my responsive letter to

8    you dated June 9th.  We will mark it Court Exhibit 2.  You were

9    concerned about the fact that there were witnesses who were

10   allowed to be in the courtroom during the trial and I tried to

11   explain to you the differences between witnesses and parties.

12           Parties to a litigation are necessarily allowed to be

13   in the courtroom because they are the plaintiffs or the

14   defendants.  In this particular case we had a number of

15   plaintiffs, so they were seated in the last few rows rather

16   than at counsel table.  Parties are always allowed to be in the

17   courtroom during the trial because, of course, it is their

18   trial.  So that's why the parties were allowed to be in the

19   courtroom.

20           An individual who is simply a witness and not a party

21   doesn't necessarily have to be in the courtroom, but something

22   has to take place for the Court to act on it.  One of the

23   parties, that is, the attorney for either the plaintiff or the

24   defendant, has to move pursuant to the civil rules of

25   procedure, and that rule relates to the sequestration of

```
 1    witnesses.  So if one of the lawyers moves the Court pursuant

 2    to that rule, then I tell all of the witnesses who are not

 3    parties they have to leave the courtroom.

 4           But if, for example, one of the lawyers doesn't ask me

 5    to do that, in that instance all of the witnesses could be in

 6    the courtroom.

 7           In any event, parties are always allowed to be in the

 8    courtroom.

 9           So does that explain your question about that

10    particular issue?

11           MS. GOMEZ:  Yes, sir.  I did not -- in other words, I

12    had not -- it's not on, but I have an athletic voice.

13       (Pause.)

14           THE COURT:  Too much technology.  All right.  Now we

15    have our microphone working.

16           MS. GOMEZ:  In my first letter that I sent to you, I

17    incorrectly stated the witnesses instead of the plaintiffs.

18           THE COURT:  That was fine.  We just wanted to make

19    sure you understood that point.

20           MS. GOMEZ:  I do.

21           THE COURT:  The next issue that we want to discuss

22    with you involves some other comments that you made in your

23    letter.  You indicated that the other female jurors were also

24    uncomfortable with the witnesses -- meaning parties I think --

25    attempting to interact with us, the jurors, during lunchtime
```

1    and upon leaving the floor to exit the building.

2         If you recall, at least to my recollection and the

3    attorneys' recollection, there were three incidents that the

4    jurors announced some concern about and we queried the jurors

5    about these issues.

6         One issue was, one of the parties who came to the

7    stand and left the stand, apparently while coming to the stand

8    he was looking at jurors in a way that made some uncomfortable

9    and when he left the stand he apparently stopped, looked at a

10   juror or two, said "thank you," and then left the courtroom.

11   And that matter caused some concern and we talked about that

12   during the trial.

13        The second incident that we recall was the lunchroom

14   incident, where one of the parties was, as you all

15   characterized it, staring at the jurors while they were having

16   lunch, making them somewhat uncomfortable.

17        And the third incident that we recall is that while

18   jurors were leaving the jury room and going out into the open

19   area of the 13th floor to go down to the lunchroom, many of the

20   parties were congregating around the restroom and you had to

21   walk past them to get over to the elevator area and that that

22   made some jurors uncomfortable.

23        As you will recall, once that was brought to our

24   attention, we directed the parties to congregate in an area

25   opposite where you exited the courtroom area to alleviate that

1    problem.

2             Those are the three incidents that we are aware of.

3             Now, you indicated the other female jurors were

4    uncomfortable with the witnesses attempting to interact with

5    us, the jurors, during lunchtime and upon leaving the floor.

6    Are you aware of any other incidents where you or other jurors

7    were uncomfortable other than the three matters that I just

8    referenced?

9             MS. GOMEZ:  Yes, sir.  When we were at lunch and we

10   were standing at the checkout line to pay for our lunch, the

11   same person that spoke upon leaving the chair here, the witness

12   stand, came and said hello to us, started to walk away, turned

13   back and came back toward us speaking, and I turned my back to

14   that person.

15            THE COURT:  All right.

16            MS. GOMEZ:  And the other juror also turned her back,

17   and she was getting her change at the time.

18            THE COURT:  Was this the party who also was staring at

19   jurors as you all recounted it?

20            MS. GOMEZ:  One in the same.

21            THE COURT:  All right.  Thank you very much.

22            With regard to that issue, I can have the attorneys

23   come sidebar should you desire.  I'm about to go to the third

24   and final matter unless there's some issues related to this

25   second matter I just discussed with Mrs. Gomez.

1    MR. KLEPPIN:  We would like to raise just one thing

2  very briefly, Your Honor.

3          THE COURT:  All right.  Come sidebar, please.

4      (Sidebar Conference:)

5          MR. KLEPPIN:  My recollection, Your Honor, is that

6  Ms. Gomez, when she was first queried about this, discussed

7  this checkout line incident.

8          THE COURT:  All right.

9          MR. KLEPPIN:  I don't think this is anything new that

10  we're hearing, but I just have a vague recollection of that.

11          THE COURT:  So is there any question that you want me

12  to ask her?  Frankly, whether that was mentioned or not, it

13  seems to me to be one in the same --

14          MR. KLEPPIN:  Okay.

15          THE COURT:  -- the incident which occurred on the

16  lunch hour.  But if there's some questions you want me to ask,

17  I'm happy to do so.

18          MR. KLEPPIN:  No, there aren't.  I didn't know that

19  you would view it the same way that I do and I just --

20          THE COURT:  Do you have any questions you think the

21  Court should ask regarding point 2?

22          MR. MARBAN:  Yes.  We want to know if that affected

23  her judgment in any way in this case, that incident.

24          THE COURT:  I've already discussed that with her.

25          MR. MARBAN:  But this is --

1    THE COURT:  I'm not going to go into that aspect of

2    the case based upon the responses that she has given.

3    MR. MARBAN:  It's just that it's a matter that was not

4    specifically asked.

5    THE COURT:  I'm not sure about that.

6    MR. MARBAN:  And I read a little case law this morning

7    that says I have to be given the opportunity to find out

8    whether the juror could be fair and impartial.

9    THE COURT:  We addressed that.  I addressed that issue

10   during the trial.

11   MR. MARBAN:  I understand, Your Honor.

12   THE COURT:  If you recall, we questioned the jurors

13   one at a time, we spent a lot of time asking them if they could

14   be fair, and they all stated that they could and that's why we

15   continued with the trial.  If anyone had stated they couldn't

16   be fair, I'm sure you would have requested and I suspect I

17   would have granted your request to excuse a juror, et cetera.

18   MR. MARBAN:  I think there are exceptional

19   circumstances in this case because there's an incident that

20   really we did not discuss in detail.  This particular juror is

21   a sex counselor for individuals.  She's a sex counselor for

22   individuals that are raped.

23   THE COURT:  What does that have to do with anything?

24   First of all, I don't know all of that but --

25   MR. MARBAN:  Because --

```
 1              THE COURT:  -- that's not an issue before us.

 2              MR. MARBAN:  Because the actions of Mr. Arnero are

 3    very grave, in my opinion, very serious.

 4              THE COURT:  What is it that you are requesting?  I

 5    don't understand the issue.

 6              MR. MARBAN:  Did that second incident that we did not

 7    discuss during the trial, did that affect her judgment in any

 8    way?  That's what I'm requesting.

 9              THE COURT:  When you say the second incident, what are

10    you referring to?

11              MR. MARBAN:  The one in the cafeteria where he went to

12    say hello to the jurors and had to turn their back on him,

13    rejecting him.  I think that's serious enough that it merits a

14    question from the Court to determine whether that affected the

15    juror's judgment.

16              THE COURT:  But we discussed that issue.

17              MR. MARBAN:  And I'm grateful to you, Your Honor.  I

18    respectfully disagree, because it's a very serious situation.

19              THE COURT:  Sir, we all agree this is a serious

20    situation, all right?  That's why we're here.  If it wasn't

21    serious, we would be handling some of your other cases right

22    now.  So we understand the gravity of it.  This is why we're

23    having a hearing today.

24              MR. MARBAN:  I'm extremely grateful to the Court for

25    that.
```

1       THE COURT:  That's not the issue at all.

2       All right.  Is there anything else?

3       MR. MARBAN:  Other than what I have asked you, none in

4  connection with that.

5       THE COURT:  All right.  What I may ask is whether any

6  of these incidents affected her ability to be fair and

7  impartial.

8       MR. MARBAN:  Thank you, Judge.

9       MR. KLEPPIN:  We object to that because she's been

10  asked that during the trial.

11       THE COURT:  Yes, sir.

12     (Open Court:)

13       THE COURT:  Ms. Gomez, with respect to the three

14  matters that we discussed, and I know that we discussed these

15  matters previously, but do you believe that any of those three

16  incidents in any way affected your ability to be a fair and

17  impartial juror in this case?

18       MS. GOMEZ:  No, sir.

19       THE COURT:  All right.  Thank you.

20       And now we will go to the last issue.  It is in the

21  second to last paragraph of the letter you sent.  It reads, "A

22  suggestion regarding any type of future trials where the

23  individuals are known to have criminal backgrounds would be to

24  have the jurors remain in the jury room the entire time they

25  are in the building except when sitting as a juror and holding

1   the court until all of the jurors have left the floor to exit

2   the building."

3          The reason that we're questioning you about this issue

4   is, we don't recall there being any testimony about the parties

5   having any criminal records or arrests, et cetera, and so when

6   you indicated that the individuals, who we think you meant

7   parties, had criminal backgrounds, that raised a flag.  And so

8   we wanted to explore with you how, if at all, you became aware

9   that jurors had criminal backgrounds, arrests, convictions,

10  et cetera.  How did that matter surface?

11         MS. GOMEZ:  During the trial you instructed all of the

12  jurors that we could not talk about the trial and -- until the

13  trial was over.  And after the trial was over -- you said after

14  the trial is over, you can talk to whoever you want about

15  what -- any part of the trial.  And after the trial -- well,

16  during the last day, there was a paper on the table in the jury

17  room that had Mr. Kleppin's name on it and that he was an

18  attorney and his location.  And everybody at the table wrote

19  down his name.  And one of the girls did a phone search, got

20  his phone number, and everybody wrote his phone number down.

21         THE COURT:  When did that phone search occur?

22         MS. GOMEZ:  That was the last day.  I think it was

23  after -- after all was said and done and we were in the jury

24  room waiting to be dismissed.

25         THE COURT:  All right.  Now, let's be clear.  When you

1  said "after all was said and done," you mean after the verdict

2  was announced to --

3           MS. GOMEZ:  Yes, sir.

4           THE COURT:  -- the public?

5           MS. GOMEZ:  Yes, sir.

6           THE COURT:  And then as I recall, I instructed you all

7  to go back into the jury room and to wait a few moments and I

8  would excuse you permanently.  It was during that time

9  period --

10          MS. GOMEZ:  Yes, sir.

11          THE COURT:  -- that this occurred?  All right.

12 Continue telling us what happened.

13          MS. GOMEZ:  We wrote down Mr. Kleppin's name and the

14 girl got his phone number and we wrote that down.  And on my

15 end, I testify in court as an expert witness on different types

16 of trials and I wanted to explore if he practiced the same kind

17 of law that I testify in court about -- and there are many

18 other attorneys that I do work with -- regarding finding an

19 attorney for a victim of a different situation and in going

20 forward with that.

21          THE COURT:  And so as a result of that, what if

22 anything did you do?

23          MS. GOMEZ:  After -- the next day or the following

24 day, I did contact Mr. Kleppin.

25          THE COURT:  And how did you contact him?

1          MS. GOMEZ:  I contacted him by telephone.

2          THE COURT:  All right.  Tell us what happened from the

3    point of you dialing the number and what followed.

4          MS. GOMEZ:  I contacted him and asked him what type of

5    law did he practice, and that I was an expert witness in

6    different types of cases and could -- I wanted to get his name

7    as information to see if I could use him as a reference if

8    someone called me -- I'm on five national 1-800 help lines and

9    I'm also with Switchboard of Miami and Commissions of Women of

10   Dade County -- as a resource person for a victim to contact

11   regarding different situations.

12         THE COURT:  Just for the record, tell us generally

13   what those situations are.

14         MS. GOMEZ:  It would be rape, domestic violence,

15   sexual harassment, wrongful discharge regarding sexual

16   harassment.  Domestic violence and sexual harassment were two

17   of the primary subjects that I did testify regarding.

18         THE COURT:  All right.

19         MS. GOMEZ:  And I also am a -- I have been a

20   facilitator for workshops for Metro Dade Police Department.

21   I've been a facilitator for workshops for the VA Hospital in

22   St. Petersburg and many other areas in the state of Florida.

23   And I was on the national -- I was a national board member and

24   am the Florida representative of 9 to 5 National Association of

25   Working Women.

1    THE COURT:  All right.  So you were recounting to us

2    the conversation with Mr. Kleppin.

3    MS. GOMEZ:  Mr. Kleppins [sic], I asked what type of

4    law he practiced, and I explained my end of the -- why I would

5    be involved in a case in certain matters.

6    And then in a general conversation, I was just glad

7    that the case was over, the trial was over because of the

8    situation that did happen that unfortunately made some of the

9    women very uncomfortable, and especially when we were leaving.

10   But that did not -- we all -- that did not interfere

11   in our decision regarding right or wrong or yes or no on the

12   trial.  It was a personal thing.

13   THE COURT:  What was your conversation with

14   Mr. Kleppin about?

15   MS. GOMEZ:  It was regarding what happened.  And

16   Mr. Kleppins brought to my attention that there were a couple

17   that had bench warrants.

18   THE COURT:  A couple --

19   MS. GOMEZ:  Of plaintiffs --

20   THE COURT:  -- of plaintiffs?  All right.

21   MS. GOMEZ:  -- that did have bench warrants.  And

22   that's the real reason I reiterated that in the letter, because

23   I remember how we all -- we, the women, stuck together when we

24   left, and they -- they were extremely nervous about it.

25   THE COURT:  Did he tell you what the bench warrants

```
1    were for or --

2              MS. GOMEZ:  No.

3              THE COURT:  -- any other discussion?

4              MS. GOMEZ:  No, sir.

5              THE COURT:  What other discussion did you have with

6    Mr. Kleppin?  In other words, he said a couple of the parties

7    had bench warrants and what else?

8              MS. GOMEZ:  The person that tried to speak to us, had

9    spoke to us at lunchtime, and bowed on going to the witness

10   stand and spoke to us coming off of the witness stand and was

11   standing in the hall on our side as we were exited, that person

12   had had a sexual charge against him.

13             THE COURT:  Did he make reference to the disposition

14   or what occurred, et cetera?

15             MS. GOMEZ:  No.

16             THE COURT:  Any particulars about --

17             MS. GOMEZ:  No, sir.

18             THE COURT:  -- what the sexual nature of the offense

19   was?

20             MS. GOMEZ:  No, sir.

21             THE COURT:  All right.  Any other subjects that you

22   discussed with Mr. Kleppin other than that which you have

23   already told us about?

24             MS. GOMEZ:  I gave him my name, my address, my phone

25   number in case he ever came across a case and he needed
```

1    somebody that would be able to testify regarding any confusion

2    on that case under the subjects that I just related to that I

3    can testify in court about, and I said thank you and that was

4    it.

5            THE COURT:  All right.  Did you hear from Mr. Kleppin

6    after that occasion?

7            MS. GOMEZ:  No, sir, I have not.

8            THE COURT:  Approximately how long would you think the

9    conversation took?

10           MS. GOMEZ:  Maybe 15 minutes.  Not -- not even that

11   long.

12           THE COURT:  All right.  Anything else you recall about

13   the conversation, any other subjects that you may have spoken

14   about or anything in more particular detail that you've already

15   told about?

16           MS. GOMEZ:  Other than what my expertise was regarding

17   testifying.  That was -- that was basically what I was

18   interested in talking to him about and giving him the

19   knowledge.  I did mention other attorneys' names that I did

20   work with.

21           THE COURT:  All right.  Now, let's go back to the

22   incident in the jury room whereby an individual did a phone

23   search.  I'm not exactly sure what that means.  Can you give me

24   more details about that?

25           MS. GOMEZ:  One of the -- one of the girls did a -- I

1    don't know how, a 411 or something, and got his phone number.

2              THE COURT:  Like a Google kind of search or something

3    similar?

4              MS. GOMEZ:  I don't know.  I don't own a cell phone.

5              THE COURT:  All right.

6              MS. GOMEZ:  I wasn't -- in other words, all the

7    information was being made party to all of us in there.

8              THE COURT:  All right.  Counsel, would you like to

9    come sidebar before we proceed?

10             MR. MARBAN:  Yes, Your Honor.

11          (Sidebar Conference:)

12             MR. MARBAN:  Two things, Judge.  My sister is also an

13   expert witness in sexual -- that type of cases.  She may have

14   testified on behalf of sexual offenders.  We want to know if

15   the witness has any knowledge --

16             THE COURT:  One moment.  The witness?  What are you

17   talking about?

18             MR. MARBAN:  I mean, I'm sorry, the juror.  The juror.

19             THE COURT:  All right.

20             MR. MARBAN:  So there may be some bias here.  My

21   sister may have testified in favor of sexual offenders.  Her

22   name is Elsa Marban.

23             THE COURT:  So what does that mean?

24             MR. MARBAN:  Okay.  Then if you don't --

25             THE COURT:  I'm not sure what it -- I hear you.  What

1    is it that you are asking me to do?

2            MR. MARBAN:  Have you ever heard the name Elsa Marban?

3    She may have been going up against her in a case.

4            THE COURT:  And why would I ask her that?

5            MR. MARBAN:  There may be some bias of going up

6    against my sister in a case.

7            THE COURT:  You are suggesting that she knows your

8    sister?

9            MR. MARBAN:  I'm not suggesting she does.  I just want

10   to know if she does and if she's had any encounters with her,

11   because she's an expert witness on --

12           THE COURT:  I'm not going to go into that.

13           MR. MARBAN:  Okay, all right.

14           THE COURT:  We did that during voir dire.  We asked

15   several questions about that.  That's not the purpose of this

16   hearing.  I'm not going to go too far off the path.  Let's stay

17   focused on the matters related to --

18           MR. MARBAN:  Okay.

19           THE COURT:  -- the three areas we discussed.

20           MR. MARBAN:  Right.  Then the second thing is she

21   mentioned the "first letter."  Is there a second letter that

22   she wrote?  She stated "in my first letter" to the Court.  Is

23   there a second letter that she may have written?

24           THE COURT:  There is no second letter.

25           MR. MARBAN:  Okay.

```
 1              THE COURT:  There was her letter.  And then did you
 2   all get my response?
 3              MR. MARBAN:  Yes.
 4              MR. KLEPPIN:  Yes.
 5              THE COURT:  There was the letter and the response.
 6              MR. MARBAN:  Then I'm comfortable with that, Your
 7   Honor.
 8              THE COURT:  All right.  Yes, sir.
 9              MR. KLEPPIN:  We would just ask you to clarify, where
10   she spoke about this alleged sexual charge concerning
11   Mr. Arnero, just what details she can remember about that,
12   whether that was a formal charge or someone just thought that
13   maybe there was something of a sexual nature that didn't
14   necessarily result in some sort of permanent charge.
15              THE COURT:  So in other words, I should ask her if she
16   has any more details about the substance of the charge related
17   about Mr. Arnero?
18              MR. KLEPPIN:  In other words, maybe ask her to
19   clarify, what do you mean by a sexual charge?
20              THE COURT:  More particulars about the sexual charge
21   against Mr. Arnero.
22              MR. KLEPPIN:  Yes.
23              THE COURT:  Did she say Arnero?
24              MR. KLEPPIN:  Yes.  Well, I don't know that she used
25   his name.
```

1        MR. MARBAN:  I don't believe she did.

2        THE COURT:  All right.

3     (Open Court:)

4        THE COURT:  Ms. Gomez, you made reference to the

5  conversation with Mr. Kleppin whereby it was told to you that

6  there was some sexual charge against one of the parties.  Can

7  you give us some particulars about the nature of that sexual

8  charge that involved that particular party?

9        MS. GOMEZ:  Mr. Kleppins did not give me any of that

10  information.

11        THE COURT:  All right.  Any other matters that we need

12  to address sidebar, counsel?

13        MR. MARBAN:  Not from the plaintiffs, Your Honor.

14        MR. KLEPPIN:  Not from the defense, Your Honor.

15        THE COURT:  All right.  Ms. Gomez, we thank you very,

16  very much for coming in.  Hopefully we didn't inconvenience you

17  too much.  We appreciate the attention you have given to this

18  matter.  And once again, thank you very, very much for your

19  service.  You are excused.

20        MS. GOMEZ:  Thank you, sir.

21        THE COURT:  Yes, ma'am.  Have a great day.

22     (Ms. Katherine Gomez is no longer present.)

23        THE COURT:  All right.  You may be seated.  Counsel,

24  as he mentioned previously, Rule 11.1(e) indicates, in part,

25  "Before, during, and after the trial, a lawyer should avoid

1    conversing or otherwise communicating with a juror on any

2    subject, whether pertaining to the case or not."  And of course

3    there is some additional language with regard to making an

4    application in writing for good cause to the Court to be able

5    to discuss matters with jurors.

6         Based upon the rule and based upon the testimony that

7    was presented by Mrs. Gomez, the Court has to make a

8    determination as to how to proceed.  There are a few

9    possibilities.  One would be a civil contempt hearing.  Another

10   would be referring the matter to the District Court's Grievance

11   Committee.  I haven't made a final decision as to how the Court

12   should proceed with this matter, but I will advise the parties

13   forthwith.

14        Is there anything that you all would like to say?  I

15   should say, perhaps, to the other two areas:

16        One, I think Ms. Gomez now understands the distinction

17   between parties and witnesses and the rule of sequestration.

18        With regard to any other matters involving Mr. Arnero

19   or any other juror, it would appear that Ms. Gomez's comments

20   were related only to those incidents that we discussed here.

21        And then, thirdly, we have the Rule 11.1 issue.

22        Are there any comments that you all have with regard

23   to any of the issues referenced in this hearing?

24        MR. MARBAN:  Not from the plaintiffs at this time,

25   Your Honor.

1              THE COURT:  All right.  From the defense?

2              MR. KLEPPIN:  No, Your Honor.

3              THE COURT:  All right.  Thank you all very much.  We

4       are in recess in this cause.  You may be excused.

5          (Proceedings concluded at 10:38 a.m.)

1  UNITED STATES OF AMERICA                      )
                                                 )   ss:
2  SOUTHERN DISTRICT OF FLORIDA                  )

3

4                    C E R T I F I C A T E

5       I, Carly L. Horenkamp, Certified Shorthand

6  Reporter in and for the United States District Court for the

7  Southern District of Florida, do hereby certify that I was

8  present at and reported in machine shorthand the proceedings

9  had the 16th day of June, 2011, in the above-mentioned court;

10 and that the foregoing transcript is a true, correct, and

11 complete transcript of my stenographic notes.

12      I further certify that this transcript contains

13 pages 1 - 27.

14      IN WITNESS WHEREOF, I have hereunto set my hand at Miami,

15 Florida, this 18th day of June, 2011.

16

17

18                     /s/ Carly Horenkamp
                       Carly L. Horenkamp, RMR, CRR
19                     Certified Shorthand Reporter

20

21

22

23

24

25

June 3, 2011


United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue
Chambers 13-4

Donald L. Graham
United States District Judge

        Re:    Case No. 09-21841-GRAHAM
               Jorge Barrera et al. v. Weiss & Woolrich Southern
               Enterprises, Inc. et al.


Dear Judge Graham,

Serving as a juror on your case presented another type of court system and became an interesting learning session also.  Having been part of so many other types of court cases, this opened another avenue of knowledge for me.

As it was with the other jurors, this is the first time I have witnessed all of the individuals that were scheduled to testify to be allowed inside the courtroom during the entire trial. The other female jurors were also uncomfortable with the witnesses attempting to interact with us, the jurors, during lunchtime and upon leaving the floor to exit the building.  If we had known the background information on the witnesses during the course of the trial it would really have made all of us much more nervous.

A suggestion regarding any type of future trials where the individuals are known to have criminal backgrounds would be to have the jurors remain in the jury room the entire time they are in the building except when sitting as a juror and holding the court until all of the jurors have left the floor to exit the building.

In closing, you and your staff were absolutely wonderful to all of us. We were kept comfortable, with endless coffee or drinks. Your staff was also very personable and easy to have conversations with during the entire time we were there.

Sincerely,

Katherine E. Gomez

# United States District Court

SOUTHERN DISTRICT OF FLORIDA
WILKIE D. FERGUSON, JR.
UNITED STATES COURTHOUSE
400 NORTH MIAMI AVENUE, CHAMBERS 13-4
MIAMI, FLORIDA 33128-1812

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

June 9, 2011

TEL: (305) 523-5130

Katherine E. Gomez

> Re: **Case No. 09-21841-GRAHAM**
> **Jorge Barrera et al. v. Weiss & Woolrich Southern**
> **Enterprises, Inc. et al.**

Dear Ms. Gomez:

Thank you very much for your letter dated June 3, 2011.

I think you may be confusing the issues in this case. There is a substantial difference between parties and witnesses. Witnesses are not allowed to be in the courtroom while other witnesses are testifying at the request of the parties. In this case the "witnesses" you referred to are parties in the action. They were named Plaintiffs. So, of course, a party to an action has the right to be present during all phases of the trial. Because of space constraints, they were not seated at Plaintiff's counsel's table. You should recall that we advised that each Plaintiff's case had to be decided.

Of more concern is your statement that many of the "witnesses" had criminal backgrounds. I infer you are referencing the parties (Plaintiffs) to the action. I do not recall any testimony which indicated any of the plaintiffs had criminal backgrounds, be it arrests or convictions. As a result of your conversations with Ms. Foster, my Courtroom Deputy, it appears you obtained this information after the trial from Mr. Kleppin. If this is incorrect, please contact Ms. Foster immediately so we can determine if a hearing is necessary.

Again, thank you for taking the time to write.

Yours truly,

DONALD L. GRAHAM
United States District Judge

DLG/gw
cc:  Edilberto O. Marban, Esq.
     Chris Kleppin, Esq.

**'**

**'thank [1]**  6/1

**0**

**09-21841-CV-DLG [1]**  1/2
**09-21841-Graham [1]**  3/5

**1**

**1-800 [1]**  17/8
**105 [1]**  1/21
**10:00 [1]**  1/5 3/1
**10:38 [1]**  26/5
**11 [2]**  2/9 2/9
**11.1 [2]**  24/24 25/21
**13-4 [1]**  1/14
**13th [1]**  9/19
**15 [1]**  20/10
**16 [1]**  1/4
**16th [1]**  27/9
**18th [1]**  27/15

**2**

**2011 [5]**  1/4 5/16 7/3 27/9 27/15
**27 [3]**  1/9 2/2 27/13

**3**

**305 [1]**  1/25
**33126 [1]**  1/17
**33128 [1]**  1/17
**33324 [1]**  1/21
**3rd [1]**  7/3

**4**

**400 [1]**  1/24
**411 [1]**  21/1

**5**

**5138 [1]**  1/25
**523-5138 [1]**  1/25

**6**

**6-3-11 [1]**  2/9
**6-9-11 [1]**  2/9

**7**

**782 [1]**  1/17

**8**

**800 [1]**  17/8
**8751 [1]**  1/20

**9**

**9th [1]**  7/8

**A**

**a lot [2]**  5/18 12/13
**a.m [3]**  1/5 3/1 26/5
**ability [2]**  14/6 14/16
**able [2]**  20/1 25/4
**about [37]**
**above [1]**  27/9
**above-mentioned [1]**  27/9
**accordingly [1]**  4/4
**across [1]**  19/25
**act [1]**  7/22
**actions [1]**  13/2
**additional [1]**  25/3
**address [2]**  19/24 24/12
**addressed [3]**  7/7 12/9 12/9
**advise [1]**  25/12

**affect [1]**  13/7
**affected [4]**  11/22 13/14 14/6 14/16
**after [12]**  3/25 4/18 15/13 15/13 15/15
  15/23 15/23 16/1 16/1 16/23 20/6 24/25
**again [1]**  24/18
**against [5]**  19/12 22/3 22/6 23/21 24/6
**agree [1]**  13/19
**al [4]**  1/3 1/8 3/4 3/5
**ALBERTO [1]**  1/3
**all [61]**
**alleged [1]**  23/10
**alleviate [1]**  9/25
**allowed [5]**  7/10 7/12 7/16 7/18 8/7
**already [3]**  17/24 19/23 20/14
**also [6]**  8/23 10/16 10/18 17/9 17/19 21/12
**always [2]**  7/16 8/7
**am [2]**  17/19 17/24
**AMERICA [1]**  27/1
**announced [2]**  9/4 16/2
**another [2]**  6/1 25/9
**any [31]**
**anyone [1]**  12/15
**anything [10]**  3/14 4/5 6/10 11/9 12/23
  14/2 16/22 20/12 20/14 25/14
**apparently [2]**  9/7 9/9
**appear [1]**  25/19
**APPEARANCES [1]**  1/14
**appears [1]**  6/11
**application [1]**  25/4
**appreciate [1]**  24/17
**Approximately [1]**  20/8
**are [32]**
**area [5]**  3/11 9/19 9/21 9/24 9/25
**areas [7]**  3/8 3/15 3/24 7/4 17/22 22/19
  25/15
**aren't [1]**  11/18
**Arnero [7]**  4/18 13/2 23/11 23/17 23/21
  23/23 25/18
**Arnero's [1]**  4/25
**around [1]**  9/20
**arrests [2]**  15/5 15/9
**as [17]**  3/5 6/13 7/2 9/14 9/23 10/19 14/25
  16/6 16/15 16/21 17/7 17/7 17/10 19/11
  24/24 25/8 25/11
**ask [9]**  8/4 11/12 11/6 11/21 14/5 22/4
  23/9 23/15 23/18
**asked [6]**  12/4 14/3 14/10 17/4 18/3 22/14
**asking [2]**  12/13 22/1
**asks [1]**  3/25
**aspect [1]**  12/1
**Association [1]**  17/24
**at [25]**  4/1 4/19 4/25 5/8 6/2 6/2 6/8 7/16
  9/2 9/8 9/9 9/15 10/9 10/10 10/17 10/18
  12/13 14/1 15/8 15/18 19/9 25/24 26/5 27/8
  27/14
**athletic [1]**  8/12
**attempting [2]**  8/25 10/4
**attention [3]**  9/24 18/16 24/17
**attorney [3]**  7/23 15/18 16/19
**attorneys [3]**  3/25 10/22 16/18
**attorneys' [2]**  9/3 20/19
**Avenue [1]**  1/24
**avoid [1]**  24/25
**aware [4]**  3/5 10/2 10/6 15/8
**away [2]**  5/5 10/12

**B**

**back [8]**  6/25 10/13 10/13 10/13 10/16
  13/12 16/7 20/21
**background [1]**  3/17

**backgrounds [4]**  3/19 14/23 15/7 15/9
**BARRERA [2]**  1/3 3/3
**based [3]**  12/2 25/6 25/6
**basically [1]**  20/17
**bathroom [1]**  5/11
**be [31]**
**became [1]**  15/8
**because [10]**  7/13 7/17 12/19 12/25 13/2
  13/18 14/9 18/7 18/22 22/11
**been [5]**  5/9 14/9 17/19 17/21 22/3
**before [6]**  1/12 4/5 4/11 13/1 21/9 24/25
**behalf [1]**  21/14
**being [3]**  5/5 15/4 21/7
**believe [2]**  14/15 24/1
**bench [4]**  18/17 18/21 18/25 19/7
**between [2]**  7/11 25/17
**bias [2]**  21/20 22/5
**bit [1]**  5/3
**board [1]**  17/23
**BORETH [1]**  1/20
**Boulevard [1]**  1/20
**bowed [1]**  19/9
**briefly [1]**  11/2
**bring [1]**  6/18
**bringing [1]**  4/11
**brought [3]**  4/6 9/23 18/16
**Broward [1]**  1/20
**building [3]**  9/1 14/25 15/2
**but [14]**  4/23 5/9 6/14 7/21 8/4 8/12 11/10
  11/15 11/25 12/24 13/16 14/15 18/10 25/12

**C**

**cafeteria [1]**  13/11
**called [1]**  17/8
**came [6]**  5/18 6/9 9/6 10/12 10/13 19/25
**can [9]**  3/22 4/3 4/3 10/22 15/14 20/3
  20/23 23/11 24/6
**can't [1]**  4/22
**Carly [1]**  1/23 27/5 27/18
**case [17]**  1/2 3/3 3/13 7/14 11/23 12/2
  12/6 12/19 14/17 18/5 18/7 19/25 19/25
  20/2 22/3 22/6 25/2
**cases [3]**  13/21 17/6 21/13
**cashier [1]**  6/8
**cause [2]**  25/4 26/4
**caused [1]**  9/11
**cell [1]**  21/4
**certain [1]**  18/5
**Certificate [1]**  2/2
**Certified [2]**  27/5 27/19
**certify [2]**  27/7 27/12
**cetera [5]**  3/18 12/17 15/5 15/10 19/14
**chair [2]**  5/23 10/11
**change [1]**  10/17
**characterized [1]**  9/15
**charge [9]**  19/12 23/10 23/12 23/14 23/16
  23/19 23/20 24/6 24/8
**checking [1]**  6/10
**checkout [2]**  10/10 11/7
**Chris [1]**  1/19
**circumstances [1]**  12/19
**civil [3]**  5/16 7/24 25/9
**clarify [2]**  23/9 23/19
**clarity [1]**  4/12
**clear [1]**  15/25
**co [1]**  4/21
**co-counsel [1]**  4/21
**come [6]**  4/1 4/10 5/12 10/23 11/3 21/9
**comfortable [1]**  23/6
**coming [3]**  9/7 19/10 24/16

## C

comment [1]  4/20
comments [3]  8/22 25/19 25/22
Commissions [1]  17/9
Committee [1]  25/11
communicating [1]  25/1
complete [1]  27/11
concern [2]  9/4 9/11
concerned [2]  3/12 7/9
concerning [1]  23/10
concluded [1]  26/5
Conference [2]  11/4 21/11
confusion [1]  20/1
congregate [1]  9/24
congregating [1]  9/20
connection [1]  14/4
contact [9]  3/13 3/21 4/14 5/19 6/14 6/15
 16/24 16/25 17/10
contacted [2]  17/1 17/4
contains [1]  27/12
contempt [1]  25/9
Continue [1]  16/12
continued [1]  12/15
conversation [6]  18/2 18/6 18/13 20/9
 20/13 24/5
conversing [1]  25/1
convictions [1]  15/9
correct [1]  27/10
could [8]  3/6 8/5 12/8 12/13 12/14 15/12
 17/6 17/7
couldn't [1]  12/15
counsel [5]  4/21 7/16 21/8 24/12 24/23
counselor [2]  12/21 12/21
County [1]  17/10
couple [3]  18/16 18/18 19/6
course [2]  7/17 25/2
court [33]
Court's [1]  25/10
courtroom [11]  4/6 7/10 7/13 7/17 7/19
 7/21 8/3 8/6 8/8 9/10 9/25
criminal [6]  3/16 3/19 14/23 15/5 15/7
 15/9
CRR [1]  27/18
CV [1]  1/2

## D

Dade [2]  17/10 17/20
dated [2]  7/2 7/8
day [8]  5/15 15/16 15/22 16/23 16/24
 24/21 27/9 27/15
decision [2]  18/11 25/11
defendant [1]  7/24
defendants [1]  1/9 1/19 7/14
defense [3]  4/8 24/14 26/1
definition [1]  3/10
Department [1]  17/20
desire [1]  10/23
detail [2]  12/20 20/14
details [3]  20/24 23/11 23/16
determination [1]  25/8
determine [3]  3/14 3/22 13/14
developed [1]  3/18
dialing [1]  17/3
did [30]
didn't [3]  11/18 23/13 24/16
differences [1]  7/11
different [4]  16/15 16/19 17/6 17/11
dire [1]  22/14
directed [1]  9/24

directly [1]  6/2
disagree [1]  13/18
discharge [1]  17/15
discuss [7]  4/3 7/1 7/5 8/21 12/20 13/7
 25/5
discussed [11]  3/15 4/13 10/25 11/6 11/24
 13/16 14/14 14/14 19/22 22/19 25/20
discussing [1]  6/17
discussion [2]  19/3 19/5
dismissed [1]  15/24
disposition [1]  19/13
distinction [1]  25/16
DISTRICT [8]  1/1 1/1 1/12 1/23 25/10
 27/2 27/6 27/7
DIVISION [1]  1/2
DLG [1]  1/2
do [15]  3/16 5/12 6/14 8/5 8/20 11/7
 11/19 11/20 12/23 14/15 16/18 16/22 22/1
 23/19 27/7
does [5]  8/9 12/23 21/23 22/9 22/10
doesn't [2]  7/21 8/4
doing [2]  6/23 6/24
domestic [1]  17/14 17/16
don't [11]  5/7 11/9 12/24 13/5 15/4 21/1
 21/4 21/4 21/24 23/24 24/1
DONALD [1]  1/12
done [2]  15/23 16/1
down [7]  5/2 5/4 9/19 15/19 15/20 16/13
 16/14
during [17]  3/15 3/19 4/25 5/9 7/10 7/17
 8/25 9/12 10/5 12/10 13/7 14/10 15/11
 15/16 16/8 22/14 24/25

## E

each [1]  3/24
EDDY [1]  1/16
Edilberto [1]  1/15
either [1]  7/23
elevator [1]  9/21
Elsa [2]  21/22 22/2
else [4]  6/11 14/2 19/7 20/12
emanates [1]  3/3
encounters [1]  22/10
end [2]  16/15 18/4
enough [2]  5/3 13/13
ENTERPRISES [2]  1/8 3/4
entire [1]  14/24
especially [1]  18/9
Esq [5]  1/15 1/16 1/16 1/19 1/19
et [9]  1/18 3/4 3/5 3/18 12/17 15/5
 15/10 19/14
et al [2]  3/4 3/5
et cetera [4]  3/18 12/17 15/5 15/10
even [1]  20/10
event [1]  8/7
ever [2]  19/25 22/2
everybody [2]  15/18 15/20
everyone [1]  3/2
Everything [1]  6/11
EX [1]  2/8
exactly [1]  20/23
example [1]  8/4
except [1]  14/25
exceptional [1]  12/18
excerpt [1]  5/15
excuse [2]  12/17 16/8
excused [2]  24/19 26/4
exhibit [1]  7/3 7/3 7/8
exit [2]  9/1 15/1
exited [2]  9/25 19/11

expert [4]  16/15 17/5 21/13 22/11
expertise [1]  20/16
explain [2]  7/11 8/9
explained [1]  18/4
explore [2]  15/8 16/16
extremely [2]  13/24 18/24
eye [4]  4/14 5/19 6/14 6/15

## F

facilitator [2]  17/20 17/21
fact [1]  7/9
fair [5]  12/8 12/14 12/16 14/6 14/16
far [1]  22/16
favor [1]  21/21
female [3]  6/1 8/23 10/3
few [4]  7/1 7/15 16/7 25/8
final [2]  10/24 25/11
find [1]  12/7
finding [1]  16/18
fine [2]  6/24 8/18
first [7]  3/8 7/7 8/16 11/6 12/24 22/21
 22/22
five [1]  17/8
flag [1]  15/7
floor [4]  9/1 9/19 10/5 15/1
FLORIDA [9]  1/1 1/17 1/21 1/24 17/22
 17/24 27/2 27/7 27/15
focused [2]  22/17
followed [1]  17/3
following [2]  5/15 16/23
foregoing [1]  27/10
formal [1]  23/12
forthwith [1]  25/13
forward [1]  16/20
Foster [1]  3/20
Frankly [1]  11/12
front [1]  6/1
further [1]  27/12
future [1]  14/22

## G

gave [1]  19/24
general [1]  18/6
generally [2]  7/4 17/12
get [3]  9/21 17/6 23/2
getting [1]  10/17
girl [1]  16/14
girls [2]  15/19 20/25
give [4]  3/25 20/23 24/7 24/9
given [4]  5/9 12/2 12/7 24/17
giving [1]  20/18
glad [1]  18/6
GLASSER [1]  1/20
go [8]  9/19 10/23 12/1 14/20 16/7 20/21
 22/12 22/16
going [10]  3/13 3/22 9/18 12/1 16/19 19/9
 22/3 22/5 22/12 22/16
Gomez [28]
Gomez's [2]  5/14 25/19
good [4]  3/2 6/20 6/22 25/4
Google [1]  21/2
got [5]  4/18 5/1 15/19 16/14 21/1
GRAHAM [2]  1/12 3/5
granted [1]  12/17
grateful [2]  13/17 13/24
grave [1]  13/3
gravity [1]  13/22
great [1]  24/21
greeting [1]  6/15
Grievance [1]  25/10

30

**G**

guess [1]  5/2

**H**

had [16]  3/21 7/14 8/12 9/20 12/15 13/12
15/7 15/9 15/17 18/17 19/7 19/8 19/12
19/12 22/10 27/9
hall [1]  19/11
hand [1]  27/14
handling [1]  13/21
happen [1]  18/8
happened [3]  16/12 17/2 18/15
happy [1]  11/17
harassment [3]  17/15 17/16 17/16
has [7]  3/16 7/22 7/24 12/2 21/15 23/16
25/7
have [39]
haven't [1]  25/11
having [4]  3/21 9/15 13/23 15/5
he [20]  4/18 4/18 4/19 4/25 5/1 5/2 9/8
9/9 9/9 13/11 15/17 16/16 17/5 18/4 18/25
19/6 19/13 19/25 19/25 24/24
hear [2]  20/5 21/25
heard [1]  22/2
hearing [8]  1/11 3/6 7/4 11/10 13/23
22/16 25/9 25/23
held [1]  5/16
hello [2]  10/12 13/12
help [1]  17/8
her [17]  3/17 4/11 5/12 10/16 10/17 11/12
11/23 11/24 13/7 14/6 21/21 22/3 22/4
22/10 23/1 23/15 23/18
here [8]  5/14 5/17 6/5 6/5 10/11 13/20
21/20 25/20
hereby [1]  27/7
hereunto [1]  27/14
hi [1]  6/9
him [11]  13/12 13/13 16/25 17/1 17/4 17/4
17/7 19/12 19/24 20/18 20/18
his [8]  15/18 15/19 15/20 15/20 16/14 17/6
21/1 23/25
holding [1]  14/25
Honor [12]  4/7 4/9 11/2 11/5 12/11 13/17
21/10 23/7 24/13 24/14 25/25 26/2
HONORABLE [1]  1/12
Hopefully [1]  24/16
Horenkamp [3]  1/23 27/5 27/18
Hospital [1]  17/21
hour [1]  11/16
how [10]  3/17 6/23 15/8 15/10 16/25
18/23 20/8 21/1 25/8 25/11

**I**

I'm [19]  6/5 6/10 10/23 11/17 12/1 12/5
12/16 13/8 13/17 13/24 17/8 17/9 20/23
21/18 21/25 22/9 22/12 22/16 23/6
I've [2]  11/24 17/21
if [25]  3/14 3/22 4/1 4/2 4/23 6/10 8/1 8/4
9/2 11/16 11/22 12/12 12/13 12/15 13/20
15/8 16/16 16/21 17/17 17/7 21/14 21/24
22/10 22/10 23/15
impartial [3]  12/8 14/7 14/17
in [86]
INC [1]  1/8
incident [15]  4/12 4/24 6/11 6/12 6/16
9/13 9/14 9/17 11/7 11/15 11/23 12/19 13/6
13/9 20/22
incidents [7]  3/12 9/3 10/2 10/6 14/6
14/16 25/20
inconvenience [1]  24/16

Incorporated [1]  3/4
incorrectly [1]  8/17
indicated [3]  8/23 10/3 15/6
indicates [1]  24/24
individual [2]  7/20 20/22
individuals [4]  12/21 12/22 14/23 15/6
information [3]  17/7 21/7 24/10
inquiry [2]  3/8 7/5
instance [1]  8/5
instead [1]  8/17
instructed [2]  15/11 16/6
interact [2]  8/25 10/4
interest [1]  3/11
interested [1]  20/18
interfere [1]  18/10
into [5]  4/6 9/18 12/1 16/7 22/12
involved [2]  18/5 24/8
involves [1]  8/22
involving [1]  25/18
is [40]
Isaac [1]  1/16
issue [16]  3/8 3/16 3/18 7/7 8/10 8/21 9/6
10/22 12/9 13/1 13/5 13/16 14/1 14/20 15/3
25/21
issues [3]  9/5 10/24 25/23
it [26]  4/23 7/8 7/17 7/22 9/15 10/19 11/12
11/19 13/4 13/13 13/20 13/22 14/20 14/21
15/17 15/22 16/8 17/14 18/12 18/15 18/24
20/4 21/25 22/1 24/5 25/19
it's [4]  8/12 12/3 12/3 13/18

**J**

JORGE [2]  1/3 3/3
JUDGE [5]  1/12 5/11 6/22 14/8 21/12
judgment [3]  11/23 13/7 13/15
JUNE [5]  1/4 7/3 7/8 27/9 27/15
June 3rd [1]  7/3
June 9th [1]  7/8
juror [20]  4/23 4/23 5/14 5/17 5/21 5/23
5/25 6/5 6/7 9/10 10/16 12/8 12/17 12/20
14/17 14/25 21/18 21/18 25/1 25/19
juror's [1]  13/15
jurors [24]  3/12 3/15 4/15 4/19 5/17 8/23
8/25 9/4 9/4 9/8 9/15 9/18 9/22 10/3 10/5
10/6 10/19 12/12 13/12 14/24 15/1 15/9
15/12 25/5
jury [8]  4/25 5/16 9/18 14/24 15/16 15/23
16/7 20/22
just [18]  5/9 5/13 6/10 6/24 8/18 10/7
10/25 11/1 11/10 11/19 12/3 17/12 18/6
20/2 22/9 23/9 23/11 23/12

**K**

Katherine [2]  6/19 24/22
kind [2]  16/16 21/2
Kleppin [12]  1/19 1/20 3/21 4/20 6/14
16/24 18/2 18/14 19/6 19/22 20/5 24/5
Kleppin's [2]  15/17 16/13
Kleppins [3]  18/3 18/16 24/9
know [11]  3/19 4/1 11/18 11/22 12/24
14/14 21/1 21/4 21/14 22/10 23/24
knowledge [2]  20/19 21/15
known [1]  14/23
knows [1]  22/7
Kristopher [1]  1/19

**L**

language [1]  25/3
last [7]  3/6 3/20 7/15 14/20 14/21 15/16
15/22
law [5]  1/16 12/6 16/17 17/5 18/4

lawyer [1]  24/25
lawyers [2]  8/1 8/4
least [1]  9/2
leave [1]  8/3
leaving [7]  4/13 6/16 9/1 9/18 10/5 10/11
18/9
left [6]  5/25 9/7 9/9 9/10 15/1 18/24
LeJeune [1]  1/17
let [2]  4/1 5/10
let's [5]  4/10 6/18 15/25 20/21 22/16
letter [16]  2/9 2/9 3/17 7/2 7/7 8/16 8/23
14/21 18/22 22/21 22/21 22/22 23/23 23/24
23/1 23/5
like [9]  4/2 4/5 4/12 5/5 7/1 11/1 21/2
21/8 25/14
line [3]  6/8 10/10 11/7
lines [1]  17/8
litigation [1]  7/12
little [4]  4/12 5/1 5/3 12/6
location [1]  15/18
long [3]  5/3 20/8 20/11
longer [1]  24/22
look [1]  5/10
looked [4]  4/18 5/4 6/2 9/9
looking [3]  4/25 5/8 9/8
lot [2]  5/18 12/13
lunch [6]  6/7 6/12 9/16 10/9 10/10 11/16
lunchroom [2]  9/13 9/19
lunchtime [3]  8/25 10/5 19/9

**M**

ma'am [1]  24/21
machine [1]  27/8
made [10]  3/17 3/20 5/1 8/22 9/8 9/22
18/8 21/7 24/4 25/11
make [3]  8/18 19/13 25/7
making [3]  5/18 9/16 25/3
Mamane [1]  1/16
many [3]  9/19 16/17 17/22
Marban [4]  1/15 1/16 21/22 22/2
mark [2]  7/3 7/8
MARKED [1]  2/8
matter [12]  3/3 3/6 3/9 3/11 9/11 10/24
10/25 12/3 15/10 24/18 25/10 25/12
matters [10]  7/1 7/5 10/7 14/14 14/15
18/5 22/17 24/11 25/5 25/18
may [13]  3/2 5/16 6/20 14/5 20/13 21/13
21/20 21/21 22/3 22/5 22/23 24/23 26/4
maybe [3]  20/10 23/13 23/18
me [14]  4/1 4/2 4/3 5/10 6/2 7/2 8/4 11/11
11/13 11/16 17/8 20/23 22/1 24/9
mean [2]  16/1 21/18 21/23 23/19
meaning [2]  5/20 8/24
means [1]  20/23
meant [1]  15/6
member [1]  17/23
mention [1]  20/19
mentioned [4]  11/12 22/21 24/24 27/9
merits [1]  13/13
Metro [1]  17/20
MIAMI [5]  1/2 1/17 1/24 1/24 17/9 27/14
microphone [1]  8/15
minutes [1]  20/10
moment [1]  21/16
moments [1]  16/7
more [4]  20/14 20/24 23/16 23/20
morning [4]  3/2 6/20 6/22 12/6
move [1]  7/24
moves [1]  8/1
Mr [4]  1/15 1/16 1/19 1/19

**M**

**Mr. [22]**  3/21 4/18 4/20 4/25 6/14 13/2
15/17 16/13 16/24 18/2 18/3 18/14 18/16
19/6 19/22 20/5 23/11 23/17 23/21 24/5
24/9 25/18
**Mr. Arnero [6]**  4/18 13/2 23/11 23/17
23/21 25/18
**Mr. Arnero's [1]**  4/25
**Ms. [20]**  3/7 3/9 3/17 3/20 3/20 4/2 4/6
4/10 4/17 4/23 6/18 6/21 11/6 14/13
24/4 24/15 24/22 25/16 25/19
**Ms. Foster [1]**  3/20
**Ms. Gomez [16]**  3/7 3/9 3/17 3/20 4/2 4/6
4/10 4/17 4/23 6/18 6/21 11/6 14/13 24/4
24/15 25/16
**Ms. Gomez's [1]**  25/19
**Ms. Katherine [2]**  6/19 24/22
**much [6]**  8/14 10/21 24/16 24/17 24/18
26/3
**my [24]**  3/24 4/17 4/22 6/2 7/7 8/16 9/2
10/13 11/5 13/3 16/14 18/4 18/16 19/24
19/24 19/24 20/16 21/12 21/20 22/6 22/22
23/2 27/11 27/14

**N**

**name [8]**  15/17 15/19 16/13 17/6 19/24
21/22 22/2 23/25
**names [1]**  20/19
**national [4]**  17/8 17/23 17/23 17/24
**nature [3]**  19/18 23/13 24/7
**necessarily [3]**  7/12 7/21 23/14
**need [2]**  24/11
**needed [1]**  19/25
**nervous [1]**  18/24
**new [1]**  11/9
**next [2]**  8/21 16/23
**no [16]**  1/2 2/8 3/18 4/9 11/18 14/18 18/11
19/2 19/4 19/15 19/17 19/20 20/7 22/24
24/22 26/2
**none [1]**  14/3
**not [31]**
**notes [1]**  27/11
**nothing [1]**  6/13
**now [12]**  5/12 5/12 6/3 6/3 6/19 8/14 10/3
13/22 14/20 15/25 20/21 25/16
**number [7]**  7/14 15/20 15/20 16/14 17/3
19/25 21/1
**NW [1]**  1/17

**O**

**object [1]**  14/9
**occasion [1]**  20/6
**occur [1]**  15/7
**occurred [5]**  3/22 4/16 11/15 16/11 19/14
**off [3]**  4/18 19/10 22/16
**offenders [2]**  21/14 21/21
**offense [1]**  19/18
**OFFICES [1]**  1/16
**Okay [5]**  11/14 21/24 22/13 22/18 22/25
**on [23]**  5/16 5/19 5/20 5/21 6/13 7/22 8/12
11/15 13/12 15/16 15/17 16/14 16/15 17/8
17/23 18/11 19/9 19/11 20/2 21/14 22/11
22/17 25/1

**once [2]**  9/23 24/18
**one [21]**  4/13 5/13 5/18 7/22 8/1 8/4 9/6
9/6 9/14 10/20 11/1 11/13 12/13 13/11
15/19 20/25 20/25 21/16 24/6 25/9 25/16
**only [1]**  25/20
**open [4]**  3/1 9/18 14/12 24/3
**opinion [1]**  13/3
**opportunity [2]**  4/1 12/7
**opposite [1]**  9/25
**or [23]**  4/14 4/21 4/23 5/4 7/13 7/23 9/10
10/6 11/12 15/5 16/23 18/11 18/11 18/11
19/1 19/14 20/14 21/1 21/2 23/12 25/1 25/2
25/19
**other [28]**
**otherwise [1]**  25/1
**our [7]**  3/5 3/19 8/15 9/23 10/10 18/1
19/11
**out [4]**  5/11 5/20 9/18 12/7
**over [6]**  9/21 15/13 15/13 15/14 18/7 18/7
**own [1]**  21/4

**P**

**pages [2]**  1/9 27/13
**pages 1 [1]**  27/13
**paper [1]**  15/16
**paragraph [1]**  14/21
**part [2]**  15/15 24/24
**particular [7]**  5/8 6/11 7/14 8/10 12/20
20/14 24/8
**particulars [3]**  19/16 23/20 24/7
**parties [21]**  3/5 3/10 3/13 7/11 7/12 7/16
7/18 7/23 8/3 8/7 8/24 9/6 9/14 9/20 9/24
15/4 15/7 19/6 24/6 25/12 25/17
**party [5]**  4/13 7/20 10/18 21/7 24/8
**past [1]**  9/21
**path [1]**  22/16
**pause [2]**  5/3 8/13
**paused [1]**  5/2
**pay [1]**  10/10
**people [1]**  5/18
**perhaps [1]**  25/15
**period [1]**  16/9
**permanent [1]**  23/14
**permanently [1]**  16/8
**person [8]**  5/25 6/1 6/8 10/11 10/14 17/10
19/8 19/11
**personal [1]**  18/12
**pertaining [1]**  25/2
**Petersburg [1]**  17/22
**phone [9]**  15/19 15/20 15/20 15/21 16/14
19/24 20/22 21/1 21/4
**place [1]**  7/22
**plaintiff [1]**  7/23
**plaintiffs [10]**  1/4 1/15 4/7 7/13 7/15 8/17
18/19 18/20 24/13 25/24
**Plantation [1]**  1/21
**please [1]**  11/3
**pleased [1]**  6/25
**point [3]**  8/19 11/21 17/3
**Police [1]**  17/20
**portion [1]**  5/7
**possibilities [1]**  25/9
**practice [1]**  17/5
**practiced [2]**  16/16 18/4
**present [5]**  3/7 4/2 6/19 24/22 27/8
**presented [1]**  25/7
**previously [2]**  14/15 24/24
**primary [1]**  17/17
**problem [1]**  10/1
**procedure [1]**  7/25

**proceed [4]**  4/4 21/9 25/8 25/12
**proceedings [2]**  26/5 27/8
**propriety [1]**  4/3
**public [1]**  16/4
**purpose [2]**  22/15
**purposes [1]**  7/4
**pursuant [2]**  7/24 8/1

**Q**

**queried [2]**  9/4 11/6
**question [3]**  8/9 11/11 13/14
**questioned [1]**  12/12
**questioning [1]**  15/3
**questions [6]**  3/25 4/2 4/4 11/16 11/20
22/15
**quick [1]**  5/10

**R**

**raise [1]**  11/1
**raised [2]**  3/9 15/7
**rape [1]**  17/14
**raped [1]**  12/22
**rather [1]**  7/15
**read [1]**  12/6
**reads [2]**  5/15 14/21
**real [1]**  18/22
**really [1]**  12/20
**reason [2]**  15/3 18/22
**recall [10]**  5/5 5/7 9/2 9/13 9/17 9/23
12/12 15/4 16/6 20/12
**recess [1]**  26/4
**recollection [7]**  4/15 4/17 4/22 9/2 9/3
11/5 11/10
**record [1]**  17/12
**records [1]**  15/5
**recounted [1]**  10/19
**recounting [2]**  4/24 18/1
**reference [4]**  3/21 17/7 19/13 24/4
**referenced [3]**  6/14 10/8 25/23
**referring [2]**  13/10 25/10
**regard [6]**  3/23 5/7 10/22 25/3 25/18
25/22
**regarding [10]**  11/21 14/22 16/18 17/11
17/15 17/17 18/11 18/15 20/1 20/16
**reiterated [1]**  18/22
**rejecting [1]**  13/13
**relate [1]**  6/11
**related [8]**  3/12 4/13 6/10 10/24 20/2
22/17 23/16 25/20
**relates [1]**  7/25
**remain [1]**  14/24
**remember [3]**  4/23 18/23 23/11
**reported [1]**  27/8
**REPORTER [3]**  1/23 27/6 27/19
**representative [1]**  17/24
**request [1]**  12/17
**requested [1]**  12/16
**requesting [2]**  13/4 13/8
**resource [1]**  17/10
**respect [2]**  3/24 14/13
**respectfully [1]**  13/18
**response [2]**  23/2 23/5
**responses [1]**  12/2
**responsive [1]**  7/7
**restroom [2]**  4/11 9/20
**result [3]**  7/2 16/21 23/14
**right [40]**
**RMR [1]**  27/18
**Road [1]**  1/17
**room [7]**  1/24 9/18 14/24 15/17 15/24

32

**R**

room... **[2]**  16/7 20/22
rows **[1]**  7/15
rule **[6]**  7/25 8/2 24/24 25/6 25/17 25/21
rules **[1]**  7/24

**S**

said **[12]**  4/19 5/4 6/1 6/9 9/10 10/12
15/13 15/23 16/1 16/1 19/6 20/3
same **[6]**  6/8 10/11 10/20 11/13 11/19
16/16
say **[6]**  4/5 13/9 13/12 23/23 25/14 25/15
says **[1]**  12/7
scheduled **[1]**  3/6
search **[4]**  15/19 15/21 20/23 21/2
seated **[4]**  3/3 6/20 7/15 24/23
second **[3]**  3/11 5/13 9/13 10/25 13/6
13/9 14/21 22/20 22/21 22/23 22/24
see **[5]**  3/22 5/24 6/10 7/1 17/7
seems **[1]**  11/13
sent **[3]**  7/2 8/16 14/21
sequestration **[2]**  7/25 25/17
serious **[5]**  13/3 13/13 13/18 13/19 13/21
service **[1]**  24/19
session **[1]**  3/20
set **[1]**  27/14
several **[1]**  22/15
sex **[2]**  12/21 12/21
sexual **[14]**  17/15 17/15 17/16 19/12
19/18 21/13 21/14 21/21 23/10 23/13 23/19
23/20 24/6 24/7
she **[20]**  3/20 6/7 10/17 11/6 12/2 21/13
22/3 22/7 22/9 22/10 22/20 22/22
22/23 23/10 23/11 23/15 23/23 23/24 24/1
she's **[7]**  4/11 5/11 6/5 12/21 14/9 22/10
22/11
shorthand **[3]**  27/5 27/8 27/19
should **[6]**  10/23 11/21 23/15 24/25 25/12
25/15
sic **[1]**  18/3
side **[1]**  19/11
sidebar **[7]**  4/1 10/23 11/3 11/4 21/9 21/11
24/12
similar **[1]**  21/3
simply **[1]**  7/20
since **[2]**  3/18 4/11
sir **[14]**  8/11 10/9 13/19 14/11 14/18 16/3
16/5 16/10 19/4 19/17 19/20 20/7 23/8
24/20
sister **[4]**  21/12 21/21 22/6 22/8
sitting **[5]**  6/5 6/5 14/25
situation **[4]**  13/18 13/20 16/19 18/8
situations **[2]**  17/11 17/13
so **[20]**  3/6 3/21 4/3 5/10 6/13 6/16 7/15
7/18 8/1 8/9 11/11 11/17 13/22 15/5 15/7
16/21 18/1 21/20 21/23 23/15
some **[19]**  3/21 4/14 6/14 6/15 8/22 9/4
9/8 9/11 9/22 10/24 11/16 13/21 18/8 21/20
22/5 23/14 24/6 24/7 25/3
somebody **[1]**  20/1
someone **[2]**  17/8 23/12
something **[6]**  4/14 5/4 7/21 21/1 21/2
23/13
somewhat **[1]**  9/16
sorry **[1]**  21/18
sort **[2]**  4/15 23/14
SOUTHERN **[5]**  1/1 1/7 3/4 27/2 27/7
speak **[1]**  19/8
speaking **[1]**  10/13

specifically **[1]**  12/4
spent **[1]**  12/13
spoke **[5]**  3/20 10/11 19/9 19/10 23/10
spoken **[1]**  20/13
ss **[1]**  27/1
St. **[1]**  17/22
St. Petersburg **[1]**  17/22
stand **[14]**  4/14 4/18 4/24 5/2 6/13 6/15
6/16 9/7 9/7 9/7 9/9 10/12 19/10 19/10
standing **[3]**  6/8 10/10 19/11
staring **[2]**  9/15 10/18
started **[1]**  10/12
state **[1]**  17/22
stated **[6]**  4/17 5/6 8/17 12/14 12/15 22/22
statement **[1]**  3/17
STATES **[4]**  1/1 1/12 27/1 27/6
stay **[1]**  22/16
stenographic **[1]**  27/11
stop **[1]**  6/15
stopped **[3]**  5/2 6/1 9/9
stuck **[1]**  12/12
subject **[1]**  25/2
subjects **[4]**  17/17 19/21 20/2 20/13
substance **[1]**  23/16
suggesting **[2]**  22/7 22/9
suggestion **[1]**  14/22
Suite **[1]**  1/21
sure **[5]**  8/19 12/5 12/16 20/23 21/25
surface **[1]**  15/10
suspect **[1]**  12/16
Switchboard **[1]**  17/9

**T**

table **[3]**  7/16 15/16 15/18
take **[2]**  5/10 7/22
talk **[2]**  15/12 15/14
talked **[1]**  9/11
talking **[2]**  20/18 21/17
technology **[1]**  8/14
telephone **[1]**  17/1
tell **[5]**  4/3 8/2 17/2 17/12 18/25
telling **[2]**  6/4 16/12
testified **[3]**  4/18 21/14 21/21
testify **[7]**  5/18 5/23 16/15 16/17 17/17
20/1 20/3
testifying **[1]**  20/17
testimony **[6]**  3/18 4/25 5/9 5/14 15/4
25/6
than **[6]**  3/14 7/16 10/7 14/3 19/22 20/16
thank **[11]**  4/19 5/4 9/10 10/21 14/8 14/19
20/3 24/15 24/18 24/20 26/3
that **[165]**
that's **[11]**  5/5 6/16 7/18 12/14 13/1 13/8
13/13 13/20 14/1 18/22 22/15
their **[2]**  7/17 13/12
them **[7]**  3/13 5/1 5/4 5/8 9/6 9/21 12/13
then **[17]**  4/4 4/14 5/1 5/5 5/19 5/25 6/2
6/7 8/2 9/10 16/6 18/6 21/24 22/20 23/1
23/6 25/21
there **[30]**
there's **[4]**  6/10 10/24 11/16 12/19
these **[3]**  9/5 14/6 14/14
they **[14]**  4/3 7/13 7/15 8/3 9/15 12/13
12/14 12/14 12/15 14/24 18/24 18/24
thing **[3]**  11/1 18/12 22/20
things **[1]**  21/12
think **[9]**  8/24 11/9 11/20 12/18 13/13 15/6
15/22 20/8 25/16
third **[3]**  3/16 9/17 10/23
thirdly **[1]**  25/21

this **[31]**
those **[6]**  4/4 7/5 10/2 14/15 17/13 25/20
thought **[2]**  3/24 23/12
three **[10]**  3/8 3/12 3/14 7/4 9/3 10/2 10/7
14/13 14/15 22/19
THROUGH **[1]**  1/9
time **[7]**  4/12 10/17 12/13 12/13 14/24
16/8 25/24
today **[1]**  13/23
together **[1]**  18/23
told **[3]**  19/23 20/15 24/5
too **[3]**  8/14 22/16 24/17
took **[1]**  20/9
toward **[1]**  10/13
transcript **[5]**  1/11 5/9 27/10 27/11 27/12
trial **[21]**  3/15 3/19 5/16 7/10 7/17 7/18
9/12 12/10 12/15 13/7 14/10 15/11 15/12
15/13 15/13 15/14 15/15 15/15 18/7 18/12
24/25
trials **[2]**  14/22 16/16
tried **[2]**  7/10 19/8
true **[1]**  27/10
try **[1]**  3/14
turn **[1]**  13/12
turned **[3]**  10/12 10/13 10/16
two **[4]**  9/10 17/16 21/12 25/15
type **[4]**  14/22 17/4 18/3 21/13
types **[2]**  16/15 17/6

**U**

U.S **[1]**  1/23
uncomfortable **[10]**  5/1 5/3 5/8 8/24 9/8
9/16 9/22 10/4 10/7 18/9
under **[1]**  20/2
understand **[3]**  12/11 13/5 13/22
understands **[1]**  25/16
understood **[1]**  8/19
unfortunately **[1]**  18/8
UNITED **[4]**  1/1 1/12 27/1 27/6
unless **[1]**  10/24
until **[2]**  15/1 15/12
up **[7]**  5/4 5/18 5/19 5/21 5/22 22/3 22/5
upon **[6]**  9/1 10/5 10/11 12/2 25/6 25/6
us **[17]**  6/4 6/9 8/25 10/5 10/12 10/13 13/1
16/12 17/2 17/12 18/1 19/8 19/9 19/10
19/23 21/7 24/7
use **[1]**  17/7
used **[1]**  23/24

**V**

VA **[1]**  17/21
vague **[1]**  11/10
verdict **[1]**  16/1
versus **[1]**  3/10
very **[12]**  4/10 10/21 11/2 13/3 13/3 13/18
18/9 24/15 24/16 24/18 24/18 26/3
victim **[2]**  16/19 17/10
view **[1]**  11/19
violence **[2]**  17/14 17/16
voice **[1]**  8/12
voir **[1]**  22/14
voir dire **[1]**  22/14

**W**

wait **[1]**  16/7
waiting **[1]**  15/24
walk **[2]**  9/21 10/12
walked **[1]**  5/5
walking **[1]**  6/14
want **[8]**  5/12 8/21 11/11 11/16 11/22
15/14 21/14 22/9

## W

**wanted [4]** 8/18 15/8 16/16 17/6
**warrants [4]** 18/17 18/21 18/25 19/7
**was [59]**
**wasn't [2]** 13/20 21/6
**way [10]** 5/1 5/8 5/19 5/20 5/21 9/8 11/19 11/23 13/8 14/16
**we [72]**
**We'll [1]** 7/3
**we're [5]** 6/25 11/10 13/20 13/22 15/3
**WEISS [2]** 1/7 3/4
**Welcome [1]** 6/25
**well [3]** 4/10 15/15 23/24
**went [2]** 6/7 13/11
**were [26]** 5/17 6/8 6/16 7/8 7/9 7/9 7/15 7/18 8/23 9/3 9/15 9/18 9/20 10/3 10/7 10/9 10/10 15/23 17/16 18/1 18/9 18/16 18/24 19/1 19/11 25/20
**what [36]**
**when [16]** 3/20 4/18 5/1 5/25 6/3 6/7 9/9 10/9 11/6 13/9 14/25 15/5 15/21 15/25 18/9 18/23
**where [8]** 5/22 6/3 9/14 9/25 10/6 13/11 14/22 23/9
**whereby [2]** 20/22 24/5
**WHEREOF [1]** 27/14
**whether [6]** 11/12 12/8 13/14 14/5 23/12 25/2
**which [6]** 3/11 4/13 4/23 5/8 11/15 19/22
**while [5]** 5/17 6/13 9/7 9/15 9/17
**who [6]** 7/9 7/20 8/2 9/6 10/18 15/6
**whoever [1]** 15/14
**why [6]** 7/18 12/14 13/20 13/22 18/4 22/4
**will [6]** 3/25 7/5 7/8 9/23 14/20 25/12
**witness [12]** 4/24 7/20 10/11 16/15 17/5 19/9 19/10 21/13 21/15 21/16 22/11 27/14
**witnesses [11]** 3/9 4/13 7/9 7/11 8/1 8/2 8/5 8/17 8/24 10/4 25/17
**women [4]** 17/9 17/25 18/9 18/23
**WOOLRICH [2]** 1/7 3/4
**words [5]** 8/11 19/6 21/6 23/15 23/18
**work [2]** 16/18 20/20
**working [2]** 8/15 17/25
**workshops [2]** 17/20 17/21
**would [22]** 4/2 4/5 4/12 7/1 11/1 11/19 12/16 12/17 13/21 14/23 16/8 17/14 18/4 20/1 20/8 21/8 22/4 23/9 25/9 25/10 25/14 25/19
**writing [1]** 25/4
**written [1]** 22/23
**wrong [1]** 18/11
**wrongful [1]** 17/15
**wrote [5]** 15/18 15/20 16/13 16/14 22/22

## Y

**yes [15]** 8/11 10/9 11/22 14/11 16/3 16/5 16/10 18/11 21/10 23/3 23/4 23/8 23/22 23/24 24/21
**Yesterday [1]** 5/17
**you [103]**
**you' [1]** 6/1
**you're [1]** 6/3
**you've [1]** 20/14
**your [22]** 4/7 4/9 4/15 4/21 8/9 8/22 11/2 11/5 12/11 12/17 13/17 13/21 14/16 18/13 21/10 22/7 23/6 24/13 24/14 24/18 25/25 26/2

## Z

**Zinchiak [1]** 1/19